IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| John K. Goodrow, | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No: 3:11-cv-00020-MHL (Consolidated) |
| Friedman & MacFadyen, P.A. and Johnie R. Muncy, | : | |
| | : | |
| Defendants. | | |

## JOINT MOTION TO EXTEND STAY

The parties now jointly move for an extension of the stay previously entered in these consolidated matters [Docket Entry 30] for the following reasons:

1. On February 13, 2012 counsel for plaintiffs provided initial data concerning numerous claims to counsel for the plaintiffs with the intention that the data be the basis for a global settlement in this matter.

2. The parties, by counsel, have agreed that counsel for defendants will reply to this production with a position statement regarding these claims on March 30, 2012.

3. The parties, by counsel, have engaged the Honorable Dennis Dohnal (retired) with the McCammon Group to mediate this matter and on March 1, 2012 held an initial planning telephone conference with him.

4. A follow up pre-mediation call is scheduled for April 23, 2012.

5. Mediation in this matter is scheduled for May 2-3, 2012.

6. The parties hope that these matters might be satisfactorily resolved on or about the date of the scheduled mediation and, if that is the case, anticipate requiring an additional short period of time to finalize any agreement and implement any relevant settlement terms.

For the foregoing reasons, the parties jointly request an extension of the entered stay in these matters until June 15, 2012.

| | |
|---|---|
| DATED: March 21, 2012 | **Respectfully Submitted,** |
| | **FRIEDMAN & MACFADYEN, P.A.**<br>**JOHNIE MUNCY** |
| | **By Counsel** |

_____/s/_____
Douglas P. Rucker, Jr. (VSB # 12776)
Andrew Biondi (VSB # 48100)
Cullen D. Seltzer (VSB #35923)
SANDS ANDERSON PC
2300 Bank of America Center
1111 East Main Street (23219)
P. O. Box 1998
Richmond, VA 23218-1998
(804) 648-1636
(804) 783-7291 (facsimile)
Email: drucker@sandsanderson.com
Email: abiondi@sandsanderson.com
Email: cseltzer@sandsanderson.com
*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of March, 2012, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of electronic filing (NEF) to the following:

        Dale W. Pittman, Esq.
        The Law Office of Dale W. Pittman, P.C.
        112-A W. Tabb Street
        Petersburg, Virginia 23803
        Telephone: 804-861-6000
        Facsimile: 804-861-3368
        dale@pittmanlawoffice.com
        *Counsel for Plaintiff*

        John C. Petersen, Esq.
        Surovell Isaacs Petersen & Levy PLC
        4010 University Drive
        Suite 200
        Fairfax, Virginia 22030
        Telephone: 703-251-5400
        Facsimile: 703-591-9285
        jpetersen@smillaw.com
        *Counsel for Plaintiff*

        Kristi Cahoon Kelly, Esq.
        Surovell Isaacs Peterson & Levy PLC
        4010 University Drive
        Suite 200
        Fairfax, Virginia 22030
        Telephone: 703-277-9774
        Facsimile: 703-591-2149
        kkelly@smillaw.com
        *Counsel for Plaintiff*

        Leonard Anthony Bennett, Esq.
        Consumer Litigation Associates, P.C.
        12515 Warwick Boulevard
        Suite 100
        Newport News, Virginia 23606
        Telephone: 757-930-3660
        Facsimile: 757-930-3662
        lenbennett@cox.net
        *Counsel for Plaintiff*

Matthew J. Erausquin, Esq.
Consumer Litigation Associates, P.C.
1800 Diagonal Road
Suite 600
Alexandria, Virginia 22314
Telephone: 703-273-6080
Facsimile: 888-892-3512
matt@clalegal.com
*Counsel for Plaintiff*

Richard J. Rubin, Esq.
1300 Canyon Road
Santa Fe, New Mexico 87501
Telephone: 505-983-4418
Facsimile: 505-983-2050
dickrubin@cs.com
*Counsel for Plaintiff*

                                      /s/
Douglas P. Rucker, Jr. (VSB # 12776)
Andrew Biondi (VSB # 48100)
Cullen D. Seltzer (VSB # 35923)
SANDS ANDERSON PC
2300 Bank of America Center
1111 East Main Street (23219)
P. O. Box 1998
Richmond, VA 23218-1998
(804) 648-1636
(804) 783-7291 (facsimile)
Email: drucker@sandsanderson.com
Email: abiondi@sandsanderson.com
Email: cseltzer@sandsanderson.com
*Counsel for Defendants*