IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| LETONYA BANKS,<br><br>Plaintiff,<br><br>v.<br><br>FRIEDMAN & MACFADYEN, P.A., et al.,<br><br>Defendants. | Civil Action No. 3:11cv614 |

### DEFENDANTS' MOTION TO DISMISS THE COMPLAINT

Defendant law firm Friedman & MacFadyen, P.A., defendant trustee F&M Services, L.C., and defendant Johnie R. Muncy (collectively, "**Defendants**"), by counsel, and move the court, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, for an order dismissing the Complaint.

**Dated: August 24, 2012**

Respectfully submitted,

FRIEDMAN & MACFADYEN, P.A.,
F&M SERVICES, L.C., and
JOHNIE R. MUNCY,

By Counsel

    /s/ Andrew Biondi
Douglas P. Rucker, Jr. (VSB No. 12776)
Andrew Biondi (VSB No. 48100)
Eric C. Howlett (VSB No. 82237)
SANDS ANDERSON PC
1111 East Main Street, Suite 2400 (23219)
Post Office Box 1998
Richmond, Virginia 23218-1998
Telephone: (804) 648-1636
Facsimile: (804) 783-7291
Email: drucker@sandsanderson.com
Email: abiondi@sandsanderson.com
Email: ehowlett@sandsanderson.com
    *Counsel for Defendants*

CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of August, 2012, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of electronic filing (NEF) to the following:

>Dale W. Pittman
>THE LAW OFFICE OF DALE W. PITTMAN, P.C.
>112-A West Tabb Street
>Petersburg, Virginia 23803
>Telephone: 804-861-6000
>Facsimile: 804-861-3368
>dale@pittmanlawoffice.com
>
>Kristi Cahoon Kelly
>SUROVELL ISAACS PETERSON & LEVY PLC
>4010 University Drive, Suite 200
>Fairfax, Virginia 22030
>Telephone: 703-277-9774
>Facsimile: 703-591-2149
>kkelly@smillaw.com
>
>Matthew James Erausquin
>CONSUMER LITIGATION ASSOCIATES, P.C.
>1800 Diagonal Road, Suite 600
>Alexandria, Virginia 22314
>Telephone: 703-273-6080
>Facsimile: 888-892-3512
>matt@clalegal.com
>*Counsel for Plaintiff*

>>/s/ Andrew Biondi
>>Douglas P. Rucker, Jr. (VSB No. 12776)
>>Andrew Biondi (VSB No. 48100)
>>Eric C. Howlett (VSB No. 82237)
>>SANDS ANDERSON PC
>>1111 East Main Street, Suite 2400 (23219)
>>Post Office Box 1998
>>Richmond, Virginia 23218-1998
>>Telephone: (804) 648-1636
>>Facsimile: (804) 783-7291
>>Email: drucker@sandsanderson.com
>>Email: abiondi@sandsanderson.com
>>Email: ehowlett@sandsanderson.com
>>*Counsel for Defendants*