EXHIBIT 1

## TRUSTEES DEED

THIS DEED, made this 14 day of September , 2010 , by and among JOHNIE R. MUNCY and F & M SERVICES, L.C., a Virginia Limited Liability Company, Substitute Trustees, any of whom may act, (the "Trustees") and LETONYA BANKS (the "Original Borrowers") and LITTON LOAN SERVICING LP ("the Noteholder")(together the "Grantors"); and FEDERAL NATIONAL MORTGAGE ASSOCIATION (the "Grantee")

WHEREAS, by a deed of trust dated October 31st, 2007 and recorded in the Clerk's Office in the Circuit Court for the City of Virginia Beach, Virginia (the "Clerk's Office"), as Instrument Number 20071101001479070 the Original Borrowers conveyed to the trustees named therein the propery herein described (the "Property") in trust to secure to the Noteholder the payment of a certain promissory note of even date with the Deed of Trust (the "Note") in the principal amount of $152,500.00 as described in the Deed of Trust; and

WHEREAS, by instrument recorded in the Clerk's Office prior hereto Johnie R. Muncy and F & M Services, L.C. were appointed Substitute Trustees; and

WHEREAS, default was made in the payment of the Note secured by the Deed of Trust, and having been requested by the Noteholder to sell the hereinafter described Property, the Trustees, pursuant to the terms of the Deed of Trust, after giving at least fourteen days notice by certified mail to the owner of the Property at such owners last known address as it appears in the records of the Noteholder and after advertising the time, date, place and terms of sale on August 18 & 25, 2010 in the Virginian-Pilot a newspaper of general circulation in the jurisdiction in which the Property is located, sold the Property at public auction conducted at the main entrance to the building housing the Circuit Court for the City of Virginia Beach, Virginia, on September 14, 2010 at 08:00 am., at which sale the highest bid was $180,964.39 which bid was made by the Noteholder who did then instruct the Substitute Trustee to convey the Property to the Grantee.

PARCEL NO.: 14950996940000

UNDERWRITER: NONE

Handwritten left margin:
Consideration: $180,964.39
Assessment: $136,500.00
Grantee: Federal National Mortgage Association
P.O. Box 650043
Dallas, TX 75265-0043

226080

2010100500105039O 1/4
City of Virginia Beach
10/05/2010
12:34:40 PM DEED
Tina E. Sinnen, Clerk
Grantor Tax Pd - $181.00

Prepared by:
LAW OFFICES
FRIEDMAN &
MacFADYEN, P.A.
TOTMAN BLDG. - SUITE 400
210 EAST REDWOOD STREET
BALTIMORE, MD 21202-3399
(410) 685-1763

Return To:
Colonial Title & Abstracting Services, Inc.
2909 River Road West
Goochland, VA 23063

1

NOW, THEREFORE, WITNESSETH: that in consideration of the payment of the bid amount in the form of a credit against the Note, the receipt of which is hereby acknowledged, the Substitute Trustees do hereby grant and convey with Special Warranty unto the Grantee the following described Property:

See Attached Schedule "A".

Conveyance is made subject to the conditions, covenants, restriction, easements and reservations of record, if any.

The Grantee Claims exemption from recording taxes under Code of Virginia Section 58.1-811.A.3.

LAW OFFICES
FRIEDMAN &
MacFADYEN, P.A.
TOTMAN BLDG. - SUITE 400
210 EAST REDWOOD STREET
BALTIMORE, MD 21202-3399

(410) 685-1763

WITNESS the following signature and seal as of the day, month and year first above written:

                                         JOHNIE R. MUNCY
                                         Sole Acting Substitute Trustee

                                         F&M SERVICES, L.C., Substitute
Trustee

                                         FOR INDEXING PURPOSES ONLY

COMMONWEALTH OF VIRGINIA
CITY OF RICHMOND, to-wit:

The foregoing instrument was acknowledged before me this 27th day of September, 2010 by JOHNIE R. MUNCY, Sole Acting Substitute Trustees.

                                         Notary Public

My Commission Expires: 9/30/2012
Notary Registration #: 7225898

Grantee Address
P.O. Box 650043
Dallas, TX 75265-0043

Natasha Kay Weaver
NOTARY PUBLIC
Commonwealth of Virginia
Reg. #7225898
My Commission Expires
September 30, 2012

LAW OFFICES
FRIEDMAN &
MacFADYEN, P.A.
TOTMAN BLDG. - SUITE 400
210 EAST REDWOOD STREET
BALTIMORE, MD 21202-3399

(410) 685-1763